No. 416. BURTON *v.* UNITED STATES;
No. 417. CAWTHORN *v.* UNITED STATES; and
No. 418. LABRANCHE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Homer Cummings, Edward H.*

*Miller, Hugh M. Wilkinson* and *Warren O. Coleman* for petitioner in No. 416. *Lloyd Paul Stryker* for petitioner in No. 417. *Bentley G. Byrnes* for petitioner in No. 418. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

